Trent Petersen
Full Name/Prisoner Name

200 Courthouse Way
Rigby, ID. 83442
Complete Mailing Address

(Plaintiff)/Defendant
(circle one)

United States Courts
District of Idaho

Trent Michael Guy Petersen )
Plaintiff/Petitioner, )
(Full name and prisoner number. )
)
vs. )
)
Correctional Corporations of America )
)
Idaho Correctional Center )
Defendant/Respondent(s), )
(Full name(s). Do not us et. al.) )
)

CASE NO. 4:13-CV-411-CWD

Complaint for Damages

COMES NOW, Trent Petersen, Plaintiff/Defendant (circle one) in the above entitled

I am filing suit for damages in the amount of $9,500,000.00 for not being adequatly protected. Allowing people to extort, assault, and stabb me. I was even assaulted right in front of a Correctional officer.

- 1

Motion - Complaint for Damages -pg. 1

Revised 10/24/05

_____
_____
_____
_____
_____
_____
_____

Respectfully submitted this 9 day of September, 20 13.

_____
Plaintiff/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 11 day of September, 20 13, I mailed a true and correct copy of the Motion - Complaint for Damages via prison mail system for processing to the U.S. mail system to:

United States Courts
District of Idaho
550 W. Fort St. Rm 400
Boise, ID 83724

_____
Plaintiff/Defendant (circle one)

Motion - Complaint for Damages-pg. 2

Revised 10/24/05